UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE ERICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25 CV 1656 RWS |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Application for Attorney's Fees. On April 13, 2026, the case was remanded to the Commissioner for further proceedings. Plaintiff moves the Court to grant her request for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks to award the fees to Plaintiff's counsel based on an assignment of fees by Plaintiff.

Plaintiff's counsel submitted a request to be reimbursed in the amount of $4,669.80, which represents 18.1 hours of attorney work at $258.00 per hour. Defendant does not object to the award of these fees but notes that the fees should be made payable to Plaintiff under the holding in Astrue v. Ratliff, 560 U.S. 586 (2010)(fees are awarded directly to prevailing plaintiff even though plaintiff's attorney may have a beneficial interest or contractual right to the fees).

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's Application for Attorney's Fees is **GRANTED** as follows: Plaintiff shall recover attorney's fees from the Social Security Administration in the amount of $4,669.80.

**IT IS FURTHER ORDERED** that, under the terms of the Assignment of Fee Agreement executed by Plaintiff in this case (Doc. #15-3), the award shall be made payable to Parmele Law Firm, P.C., unless Plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to Plaintiff and subject to offset to satisfy that debt.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2026.